■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. TREVOR MARK ANTHONY RIGG, Admitted on June 13, 1989, at a Term of the Appellate Division, First Department. [772 NYS2d 805]—Order of suspension entered May 6, 1999 (257 AD2d 127), recalled and vacated. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JEFFREY F. TARPLIN, Admitted on June 17, 1985, at a Term of the Appellate Division, First Department. [772 NYS2d 805]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD M. BLOCK, Admitted on March 23, 1983, at a Term of the Appellate Division, Second Department. [772 NYS2d 805]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 230 AD2d 366 (1997).]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. FREDERICK CAINS, Admitted on March 18, 1970, at a Term of the Appellate Division, Second Department. [772 NYS2d 806]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 230 AD2d 366 (1997).]